(October 31, 2017)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN ANDINO PEREZ, Appellant. [62 NYS3d 785]—Judgment, Supreme Court, New York County (Eduardo Padro, J., James M. Burke, J. and Richard D. Carruthers, J. at pleas; James M. Burke, J. at sentencing), rendered February 24, 2016, unanimously affirmed.

Although we find that defendant did not make a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Acosta, P.J., Manzanet-Daniels, Gische, Kapnick and Kahn, JJ.